IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| DR. DAPHNE THOMAS KASPEREK, <br><br> *Plaintiff*, <br><br> v. <br><br> INOVA HEALTH CARE SERVICES d/b/a INOVA LOUDOUN HOSPITAL, and COMMONWEALTH EMERGENCY PHYSICIANS, P.C. <br><br> *Defendants*. | Case No. 1:22-cv-001395-PTG-WEF |

## DECLARATION OF JARED R. BUTCHER

1. I am an attorney with the law firm of Berliner Corcoran & Rowe LLP, attorneys for Plaintiff Dr. Daphne Thomas Kasperek. I am familiar with the facts set forth below. I submit this declaration in support of (i) Plaintiff's Motion for Partial Summary Judgment, (ii) Plaintiff's Opposition to Defendant Inova Health Care Services' Motion for Summary Judgment (ECF No. 80), and (iii) Plaintiff's Opposition to Defendant Commonwealth Emergency Physicians, P.C.'s Motion for Summary Judgment (ECF No. 77).

2. Attached hereto are true and correct copies of the following sixty-nine (69) public exhibits and placeholders. True and correct copies of all exhibits with "[CONFIDENTIAL]" in the description column are being filed separately under seal, pursuant to this Court's Protective Order dated May 25, 2023 (ECF No. 53) and Local Civil Rule 5(B).

| Exhibit | Description | Bates No. |
|---|---|---|
| 1 | Declaration of Plaintiff Dr. Daphne Thomas Kasperek [CONFIDENTIAL] |  |

| 2 | Professional Services Agreement Inova-CEP (July 1, 2021) | CEP0000215-256 |
|---|---|---|
| 3 | Physician Partner Full-Time Employment Agreement for Daphne Thomas (Kasperek) (Sep. 28, 2001) | Kasperek 00000393-418 |
| 4 | Email from Puccio to Winklosky, FW: Notice of Suspension (Jan. 11, 2022) [CONFIDENTIAL] | Inova_Kasperek0014768 |
| 5 | Email from Exemption Request/Inova to Kasperek re: COVID Vaccine Exemption Request (Jan. 3, 2022) | Inova_Kasperek0000310-311 |
| 6 | Email from Winklosky to Kasperek re: Letter, with attachment (Jan. 13, 2022) | Kasperek0000312-315 |
| 7 | Email from Puccio to CEP Owners re: Meeting (Jan. 13, 2022) [CONFIDENTIAL] | Inova_Kasperek0014781 |
| 8 | Emails between Puccio and Williams re: Dr. Thomas, with attachment (Jan. 14 and 16, 2022) | Moshirfar 0000001-0000002 |
| 9 | Emails between Carroll and Huelskamp re: Dr. Daphne Thomas Kasperek's Response to Inova (Jan. 5, 2022) [CONFIDENTIAL] | Inova_Kasperek0009628-9634 |
| 10 | Email from Puccio to all CEP providers re: Clarification of DocuSign sent today by Sammi (Jun. 22, 2021) [CONFIDENTIAL] | Inova_Kasperek0008788-8789 |
| 11 | Daphne Thomas (Kasperek) Agreement & Acknowl. Re: Med Staff Memb & Clinical Privileges [CONFIDENTIAL] | Inova_Kasperek0000631-632 |
| 12 | Inova Loudoun Hospital Medical Staff Bylaws (12/31/2021) [CONFIDENTIAL] | Inova_Kasperek0001165-1233 |
| 13 | Inova Code of Conduct (2018) | CEP0001613-1631 |
| 14 | Email from Puccio to Kasperek re: COVID Exemption Approved (July 19, 2021) [CONFIDENTIAL] | Inova_Kasperek0008837-8839 |
| 15 | Daphne Kasperek Curriculum Vitae | Inova_Kasperek0002126-2128 |
| 16 | Excerpts from Defendant Inova Health Care Services' Objections and Answers to Plaintiff's First Set of Interrogatories dated August 25, 2023 | [No Bates] |
| 17 | Restated Shareholder Agreement | CEP_0000035-49 |
| 18 | Email from Gilliam to Puccio FW: CEP – Dr. Thomas – Covid Vaccine Exemption Form (July 14, 2021) [CONFIDENTIAL] | Inova_Kasperek0008015-8017 |
| 19 | Email from Kasperek to ExemptionRequests attaching Exemption Form and Letter (July 18, 2021) [CONFIDENTIAL] | Inova_Kasperek0008831-8833 |
| 20 | Email from ExemptionRequests to Kasperek regarding Vaccine Exemption Approval (July 19, 2021) | Kasperek 00000274-275 |

| 21 | Email from Huelskamp to BCC recipients re: COVID Exemption – Need to Re-apply for both Temporary and Permanent Medical Exemptions (December 13, 2021) [CONFIDENTIAL] | Inova_Kasperek0015364-15369 |
|---|---|---|
| 22 | CEP Management Committee Meeting Minutes, December 8, 2021 | CEP_0001700-1715 |
| 23 | Email from Papuchis to Feely re: attached Exception Form [CONFIDENTIAL] | Inova_Kasperek0003963-3968 |
| 24 | Inova ExemptionRequests email to Kessler re: M-076 with attachment (December 28, 2021) [CONFIDENTIAL] | Inova_Kasperek0003738-3743 |
| 25 | Kasperek to Inova recipients re: Dr. Daphne Thomas Kasperek's Response to Inova (December 19, 2021) [CONFIDENTIAL] | Inova_Kasperek0008896-8918 |
| 26 | Kasperek to Inova recipients re: Submittal: Dr. Daphne Thomas Kasperek's Medical Vaccine Exemption (December 27, 2021) [CONFIDENTIAL] | Inova_Kasperek0008944-9004 |
| 27 | Excerpts from Summary of Vaccine Exemption Requests and ERC Recommendations (January 3, 2022) [CONFIDENTIAL] | Inova_Kasperek0006792-6794, 6798-6802, 6824-6828 |
| 28 | Email from ExemptionRequests re: COVID Exemption Forms for Review Dec. 29, 2021 (December 28, 2021) [CONFIDENTIAL] | Inova_Kasperek0003746-3813 |
| 29 | Dr. Young Park Notes from December 27, 2021 Appointment with Kasperek [CONFIDENTIAL] | ECF No. 81, Exhibit Z |
| 30 | CEP Management Committee Meeting Minutes, January 12, 2022 | CEP_0001698-1699 |
| 31 | Inova IHS Mandatory Immunization Policy for Medical Staff (July 7, 2021) [CONFIDENTIAL] | Inova_Kasperek0002024-2030 |
| 32 | Email from ExemptionRequests to Kessler re: M-076 (December 28, 2021) | Inova_Kasperek0003744-3745 |
| 33 | Inova Vaccination Exemption Request Forms Addenda (December 6, 2021) [CONFIDENTIAL] | Inova_Kasperek0001644-1650 |
| 34 | Email from McKinney to Venkatesan re: Medical Exemption Requests Discussion (October 28, 2021) [CONFIDENTIAL] | Inova_Kasperek0006210-6213 |
| 35 | Email from Kasperek to Puccio re: Update (December 6, 2021) [CONFIDENTIAL] | Kasperek 00000446-447 |
| 36 | Email from Puccio to Kasperek re: Leave of Absence Notification (December 22, 2021) | Kasperek 00000302-303 |
| 37 | Email from Kasperek to CEP re: Leave of Absence Notification (December 31, 2021) | CEP_0000290-292 |
| 38 | Puccio Text Exchange with Cathy Staats (January 3, 2022) | CEP_0001586-1587 |

| 39 | Email from Kasperek to Inova and CEP re: COVID Vaccine Exemption Request (January 12, 2022) | Kasperek 00000386-392 |
|---|---|---|
| 40 | Email from Puccio to Kasperek re: Important Update to Vaccine Exemption Policy Now Effective (November 29, 2021) | Kasperek 00000276-278 |
| 41 | Puccio Text Exchange with Susan Carroll | CEP_0001600-1601 |
| 42 | Email from Winklosky to Bernier et al. re: Management Meeting – TONIGHT (Dec. 20, 2021) | CEP_0001507 |
| 43 | Email from Huelskamp to Kasperek re: Dr. Daphne Thomas Kasperek's Response to Inova (December 22, 2021) [CONFIDENTIAL] | Inova_Kasperek0015370-15372 |
| 44 | Email from Luca to Motew re: Vaccine Exemption Requests: Week of 12/27/21 (January 3, 2022) [CONFIDENTIAL] | Inova_Kasperek0006447-6449 |
| 45 | Email from Puccio to Kugler re: Important Update to Vaccine Exemption Policy Now Effective (December 8, 2021) | CEP_0000274-276 |
| 46 | Email from Kasperek to Puccio re: Important Update to Vaccine Exemption Policy Now Effective (December 8, 2021) [CONFIDENTIAL] | Inova_Kasperek0008893-8895 |
| 47 | Email from Puccio to Winklosky fwd: Dr. Daphne Thomas Kasperek's Response to Inova (December 20, 2021) [CONFIDENTIAL] | Inova_Kasperek0014648-14650 |
| 48 | Expert Report By Kirk A. Milhoan, MD, PHD, FACC, FAAP (June 14, 2023) [CONFIDENTIAL] | [No Bates] |
| 49 | Response to Rebuttal Report of Hugh Calkins, MD, FACC, FAHA, FHRS by Kirk A. Milhoan, MD, PHD, FACC, FAAP (September 7, 2023) [CONFIDENTIAL] | [No Bates] |
| 50 | Excerpts from CEP Provider Employment Agreements [CONFIDENTIAL] | Inova_Kasperek Various |
| 51 | Jill McCabe – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 52 | Edward Puccio – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 53 | Susan Carroll – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 54 | Daphne Kasperek – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 55 | Susan Winklosky – Deposition Transcript Excerpts | [No Bates] |
| 56 | Jay Kugler – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 57 | Colleen Huelskamp – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 58 | Zachary Malachias – Deposition Transcript Excerpts | [No Bates] |

| 59 | Kavitha Cherukuri – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
|---|---|---|
| 60 | Erin Hodson – Deposition Transcript Excerpts | [No Bates] |
| 61 | Dennis Bernier – Deposition Transcript Excerpts | [No Bates] |
| 62 | Stephen Motew – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 63 | Terri Feely – Deposition Transcript Excerpts [CONFIDENTIAL] | [No Bates] |
| 64 | Puccio Email to Kasperek re: Extended Leave of Absence (January 10, 2022) | Kasperek 00000521 |
| 65 | Jones Email to Motew re: Submittal: Kasperek Medical Vaccine Exemption (December 28, 2021) [CONFIDENTIAL] | Inova_Kasperek0011701-11706 |
| 66 | Inova Vaccination Update PPT (August 2021) [CONFIDENTIAL] | Inova_Kasperek0004170-4175 |
| 67 | Huelskamp Email to Chiantella re: Puccio in Communication with Inova re: Kasperek (January 4, 2022) [CONFIDENTIAL] | Inova_Kasperek0004881 |
| 68 | Puccio Email to CEP Management (January 13, 2022) | CEP_0000731-732 |
| 69 | EEOC Guidance on COVID-19 Vaccination Requirements (July 22, 2022) | [No Bates] |

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 10th day of October, 2023

                                               */s/ Jared R. Butcher*
                                               Jared R. Butcher (VA Bar No. 95101)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of October 2023, I caused a copy of the foregoing to be served upon the Parties through the Court's Electronic Case Filing (ECF) system on all parties of record.

                                        */s/ Jared R. Butcher*
                                        Jared R. Butcher